UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION (SIOUX FALLS)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>WILLIAM ROBERT JOSEPH REED,<br>Defendant. | Case No. 08-cr-40010<br><br>DEFENDANT'S NOTICE<br>OF ALIBI |

## NOTICE OF INTENT TO CLAIM LACK OF PRESENCE (ALIBI)

**NOW COMES,** Henry K Evans, Megan J. Tomjack and Mitchell H. Nelson, admitted pro hac vice, attorneys of record for Defendant, William Robert Joseph Reed, and hereby gives notice of intent, at any trial, to claim the defense of lack of presence (alibi).

Defendant claims to have been at outside of South Dakota at the time of the alleged offenses.

Defendant further advises this Honorable Court that the following witnesses are known and may be produced to support the defense of lack of presence (alibi) at the time of trial in the above-entitled cause: bank records.

The Defendant reserves the right to remove or disclose additional witnesses upon reasonable notice to the Plaintiff.

Dated in Sioux Fall, South Dakota on September 4, 2009

>/s*Henry K. Evans*
>Henry K Evans
>Megan J. Tomjack
>Attorneys for Defendant
>Henry K Evans, P.C.
>123 S. Main Avenue Suite 206
>Sioux Falls, South Dakota 57104

(605) 367-9755 p
(605) 330-0543 f
evans.evanslaw@midconetwork.com

Mitchell H. Nelson
IMHOFF AND ASSOCIATES, P.C.
398 Kent Way
White Lake, MI 48383
(248) 461-6777
*Admitted Pro Hac Vice*

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September, 2009, a true and correct copy of the foregoing Defendant's First Motion to Continue and Affidavit in Support of Continuance was served upon the following: Jeffrey Clapper, AUSA, P.O. Box 2638, 325 S. 1st Ave. #300, Sioux Falls, SD 57104 by electronic filing.

/S/: *Henry K. Evans*